■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADOLPHUS COOPER, Appellant. [979 NYS2d 801]—Judgment of resentence, Supreme Court, New York County (Richard D. Carruthers, J.), rendered May 18, 2012, resentencing defendant, as a second violent felony offender, to concurrent terms of 22 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—Sweeny, J.P., Andrias, Freedman, Richter and Clark, JJ.